OR....AL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :    INDICTMENT

    -v.-                         :    08 Cr.

MAUEL PALMA,                     :
    a/k/a "Meme,"
                                 :
    Defendant.
                                 :
- - - - - - - - - - - - - - - - - - X

## COUNT ONE

The Grand Jury charges:

1. On or about January 18, 2008, in the Southern District of New York and elsewhere, MANUEL PALMA, a/k/a "Meme," the defendant, then being an alien illegally in the United States, unlawfully, wilfully and knowingly did possess in and affecting commerce, a firearm, to wit, the defendant possessed, among other things, a .25 caliber Armi Tamfoglio handgun and 44 rounds of .25 caliber Winchester ammunition, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(5)(A).)

## COUNT TWO

The Grand Jury further charges:

2. On or about February 4, 2008, in the Southern District of New York and elsewhere, MANUEL PALMA, a/k/a "Meme," the defendant, then being an alien illegally in the United

States, unlawfully, wilfully and knowingly did possess in and affecting commerce, a firearm, to wit, the defendant possessed, among other things, a .32 caliber Harrington and Richardson model 733 handgun and 12 rounds of .32 caliber Winchester ammunition, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(5)(A).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2